[No. 43559-1-I.    Division One.    April 24, 2000.]

*In the Matter of the Marriage of* KAREN FRABACK, *Appellant*, and ALAN FRABACK, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 96-3-06239-5, Richard D. Eadie, J., entered September 28, 1998. *Affirmed* by unpublished opinion per Cox, J., concurred in by Agid, C.J., and Becker, J.

[No. 18302-5-III.    Division Three.    April 25, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. JESSE J. LUNA, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 98-8-01827-1, Joseph Valente, J. Pro Tem., entered February 24, 1999. *Affirmed* by unpublished opinion per Kurtz, C.J., concurred in by Sweeney and Kato, JJ.

[No. 17351-8-III.    Division Three.    April 25, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. JERRY MUNOZ DURAN, *Appellant*.

Appeal from a judgment of the Superior Court for Franklin County, No. 97-1-50180-5, Carolyn A. Brown, J., entered March 6, 1998. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Brown, A.C.J., and Kato, J.

[No. 17853-6-III.    Division Three.    April 25, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. JEFFERY ALLEN SALMON, *Appellant*.

Appeal from a judgment of the Superior Court for Whitman County, No. 98-1-00006-1, Wallis W. Friel, J., entered August 19, 1998. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Schultheis, J., concurred in by Brown, A.C.J., and Sweeney, J.